NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARTINO SOUFFRANT, DOC #D00077,    )
                                   )
          Appellant,               )
                                   )
v.                                 )
                                   )   Case No.  2D16-1401
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
                                   )
_____)

Opinion filed May 23, 2018.

Appeal from the Circuit Court for Polk
County; Mark Carpanini, Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee.

PER CURIAM.

          Affirmed.

SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.